**UNITED STATES of America, Plaintiff–Appellee,**

v.

**John A. RAPANOS, Defendant–Appellant.**

**Nos. 98–2424, 99–1578, 99–1074.**

United States Court of Appeals, Sixth Circuit.

July 13, 2001.

Before MARTIN, Chief Judge; NORRIS, Circuit Judge; FORESTER, District Judge.*

## ORDER

Pursuant to the Order of June 18, 2001 of the United States Supreme Court, this case is remanded to the United States District Court for the Eastern District of Michigan for consideration of the Supreme Court's opinion in *Solid Waste Agency of No. Cook Cty., v. Army Corp of Engineers,* 531 U.S. 159, 121 S.Ct. 675, 148 L.Ed.2d 576 (2001).

* The Honorable Karl S. Forester, United States District Judge for the Eastern District of Kentucky, sitting by designation.